# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT OF PENNSYLVANIA

**KEITH J. POLERECKI**
*Plaintiff*

v.

**UMH PA CORP., ET AL.**
*Defendant*

Civil Action No.:
**3:16−CV−00643−MEM**
Hon. Malachy E Mannion

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    SEE COMPLAINT

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff&rsquo;s attorney, whose name and address are:

    Frank J. Tunis
    Wright & Reihner, P.C.
    148 Adams Avenue
    Scranton, PA 18503

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**MARIA E. ELKINS**
*CLERK OF COURT*

s/ − Anne Oswald

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2016−04−18 14:47:34.0**, Clerk USDC MDPA

Civil Action No.: **3:16−CV−00643−MEM**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) UMH PA Corp., d/b/a United Methodist Homes
was received by me on (date) 04/22/2016 .

☒ I personally served the summons on the individual at (place) *Danielle Janeski*
*Danielle Janeski* on (date) 4/27/16 ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____ , a person of suitable age and discretion who resides there, on (date) _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) _____ , who is designated by law to accept service of process on behalf of (name of organization) UMH PA Corp., d/b/a United Methodist Homes on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify) :

My fees are $ 40.00 for travel and $ 100.00 for services, for a total of $ 140.00 .

I declare under penalty of perjury that this information is true.

4/27/16
*Date*

*[signature]*
*Server's Signature*

Samuel J Deleo Jr  Constable
*Printed name and title*

PO Box 48 Jessup Pa 18434
*Server's Address*

Additional information regarding attempted service, etc:

2 attempts